IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GAMAL ABDEL-HAFIZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et. al.,<br><br>Defendants. | Civil Action No. 3:26-cv-02463-X |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants, United States of America, United States Department of Justice, Federal Bureau of Investigation, Director, Federal Bureau of Investigations, in official capacity, Special Agent in Charge, FBI Dallas Field Office, in official capacity, Matthew DeSerno, former Special Agent in Charge of the FBI Dallas Filed Office, in official capacity, and Supervisory Special Agent Debbie Burns, in official capacity, by and through the undersigned Assistant U.S. Attorney, hereby move under Federal Rule of Civil Procedure 6(b)(1)(A) for a 10-day extension of the deadline answer or otherwise respond to the Complaint in this matter. In support thereof, the Defendants would show the Court as follows:

## I. Legal Standard

A party seeking an extension under Rule 6(b)(1) must demonstrate "good cause." "Good cause" in this context is a "non-rigorous standard," and "[r]equests for extensions

of time made before the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (quoting 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)).

## II. Request

Plaintiff filed his complaint in this matter on July 24, 2026. (Doc. 3.) Service was perfected on July 31, 2026, making the answer or other responsive pleading currently due tomorrow, Monday, September 29, 2026.

Defendants respectfully move this Court to extend their deadline to respond by 14 days, from September 29, 2026, to October 13, 2026. Despite exercising diligence, Defendants have not yet completed their investigations into this matter due to a confluence of factors, including staff shortages and the undersigned AUSA's absence for most of last week due to health issues. Defendants continue to work with alacrity to complete their investigation and will answer or otherwise respond to the complaint as quickly as possible.

This extension is not for purposes of delay or for any other improper purpose, but to ensure that justice is served. Defendants regret the need to ask for additional time but as noted, they simply have been unable to complete the necessary investigation into the claims in this matter.

## III. Conclusion

For these reasons, good cause exists to extend the Defendants' time to answer or otherwise respond to the complaint in this matter. Specifically, the United States requests that its deadline to respond to Plaintiff's complaint be extended to October 13, 2026.

Dated: September 28, 2026.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ *Tami C. Parker*

Tami C. Parker
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit # 4
Fort Worth, Texas 76102-6882
Texas Bar No. 24003946
Telephone: 817-252-5200
Facsimile: 817-252-5458
tami.parker@usdoj.gov

*Attorneys for Defendants*

**Certificate of Conference**

As required by Local Rule 7.1, I certify that I conferred with Plaintiff by email today regarding the relief sought in the instant motion. Plaintiff responded, stating that he would not oppose a request for additional time up to October 15, 2026. Defendants appreciate this courtesy. This motion is therefore submitted as unopposed.

*/s/ Tami Parker*
Tami Parker
Assistant United States Attorney

**Certificate of Service**

On September 29, 2026, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Tami Parker*
Tami Parker
Assistant United States Attorney