I IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GAMAL ABDEL-HAFIZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et. al.,<br><br>Defendants. | Civil Action No. 3:26-cv-02463-X-BW |

**[PROPOSED] ORDER**

Before the Court is Defendants' unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint. The Court, having reviewed the Motion, is of the opinion that the request is not for the purpose of delay and is in the interest of justice, causing no prejudice to Plaintiff.

The Court ORDERS that Defendants' motion is **GRANTED.** Accordingly, it is so **ORDERED** that the deadline for Defendants to answer or otherwise file a response to Plaintiff's complaint is extended to October 13, 2026.

SIGNED on this ____ day of _____, 2026.

______________________________
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE